AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

SHERI HYDE,

    *Plaintiff*

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security (formerly Carolyn W. Colvin, Acting Commissioner of Social Security)

    *Defendant*

Civil Action No. 1:16-CV-3065-JTR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulated Motion for Remand (ECF No. 22) is GRANTED. The case is reversed and remanded to the Commissioner of Social Security.
Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   John T. Rodgers   on a Stipulated Motion for Remand.


Date: January 23, 2017

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
    *(By) Deputy Clerk*
Penny Lamb